UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-0491-GPC |
| Plaintiff, | **ORDER** |
| v. | |
| KEITH LUSK (12), | |
| Defendant. | |

Upon the Government's motion, and good cause appearing, **IT IS HEREBY ORDERED** that the above entitled Indictment charging Keith Lusk ("Defendant") and others with one count of Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, be dismissed as to Defendant without prejudice.

It is noted that Defendant remains in custody on an alleged supervised release violation in case number 07-cr-2547-DMS.

DATED: May 21, 2013

HON. GONZALO P. CURIEL
United States District Judge

13cr0491